**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| RUTH LOHNES, on behalf of herself ) <br> and all others similarly situated, ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MAYURKUMAR PATEL a/k/a ) <br> MIKE PATEL, et al., ) <br> Defendants. ) | No. 10-1284-CV-W-FJG |

## ORDER APPROVING SETTLEMENT

The above-entitled matter came before the court on the parties' Unopposed Motion for Approval of Settlement and Attorneys' Fees (Doc. No. 37). For the good cause shown, it is hereby ORDERED:

1. The parties' joint motion for approval of the settlement is GRANTED. The settlement agreement, attached as Exhibit 1 to the suggestions in support of the unopposed motion (Doc. No. 38), is approved.

2. The unopposed motion for approval of attorneys fees is GRANTED.

3. Defendants are hereby ORDERED to pay the Plaintiffs as provided in the settlement agreement within 10 days of the date of this Order. Defendants are further ORDERED to pay Plaintiffs' counsel the stipulated sum for attorneys' fees within 10 days of the date of this Order.

4. After payments to Plaintiffs and their counsel have been made, the parties shall promptly submit a joint stipulation dismissing this action with prejudice. To that end, the parties are directed to file a status report or stipulation of dismissal on or before **Friday, September 30, 2011.**

5. All remaining pending motions in this matter are **DENIED AS MOOT.**

**IT IS SO ORDERED.**

                                                            /s/Fernando J. Gaitan, Jr.
                                                            Fernando J. Gaitan, Jr.
                                                            Chief United States District Judge

Dated: 9/15/2011
Kansas City, Missouri